CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 19 2011
JULIA C. DUDLEY, CLERK
BY: M. Hupp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**ROBERT L. JOHNSON, JR.,**
    **Petitioner,**

Civil Action No. 7:11-cv-00281

**ORDER**

v.

**By:  Hon. Jackson L. Kiser**
      **Senior United States District Judge**

**HAROLD CLARKE,**
    **Respondent.**

In accordance with the accompanying memorandum opinion entered this day, it is hereby

**ORDERED**

that this action, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** for failure to comply with the conditional filing order; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

**ENTER**: This 19th day of July, 2011.

Senior United States District Judge